**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD KUNA and MARY LEE KUNA, his wife, | |
| | CIVIL ACTION NO. 3:13-CV-2435 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| JOSEPH TAYLOR, NEW PRIME, INC., | |
| Defendants. | |

**ORDER**

**NOW**, this 26th day of February, 2014, **IT IS HEREBY ORDERED**:

1. The Defendants will provide Plaintiffs with Mr. Taylor's daily logs for January 4, 2013 through January 14, 2013 within ten (10) days of the date of this Order.

2. The remaining objections of the Defendants are sustained.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge